UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DWAYNE K GIBSON

vs. CA 06-023ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2255 for Writ of Habeas Corpus by a person in Federal Custody." Said response will be filed on or before **February 17, 2006.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
January 31, 2006

Entered as an Order of this Court on ~~January~~ February 01, 2006.

Barbara Barletta
Deputy Clerk