IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DWAYNE K. GIBSON )
)
vs. ) C.A. No. 06-023ML
)
UNITED STATES OF AMERICA )

## GOVERNMENT'S RESPONSE TO DEFENDANT'S TRAVERSE

In a filing that petitioner Dwayne K. Gibson (Gibson) labels a "Traverse," Gibson directs the Court's attention to Dodd v. United States, __ U. S. __, 125 S. Ct. 2478 (2005), in support of his argument that the Court should deny his section 2255 petition without prejudice so that he falls within the statutory limitations period in the event the Supreme Court declares the Booker holding to be retroactive.

In Dodd, a statutory construction case, the issue concerned the commencement of the one-year limitations period for filing a section 2255 motion. The statute states, in part, that for certain cases, the one-year limitations period begins on "the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review." The Supreme Court defined the issue as whether the period begins on the date the Court initially recognized the right, or whether it begins on the date the right is made retroactive. Id. At 2480. The Court held that the limitations period begins on the date the Court initially recognized the right. The Court neither ruled nor

suggested that defendants could sidestep the limitations period by raising an issue in premature filings in the hope that a dismissal without prejudice would preserve the issue should it subsequently be applied retroactively to collateral review defendants.

Dodd does not support the defendant's request for relief.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

Kenneth P. Madden
First Assistant U.S. Attorney
R. I. Bar # 1680

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2006, I served a copy of the within Government's Response To Defendant's Traverse, by postage prepaid mail to:

Dwayne K. Gibson
Reg. No. 04228-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Joan A. M