UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 04 2006
Property of U.S. District Court
District of Rhode Island

DWAYNE K. GIBSON )
)
V ) C.A. NO.06-023ML
)
UNITED STATES OF AMERICA )

**MOTION FOR AN ENLARGEMENT OF TIME**

The Petitioner, Dwane Gibson pursuant to F.R.Cv.P. Rule 6(b) hereby moves the court to submit his traverse out of time. As Cause he states the Following: The jail house lawyer that has been assisting him was unable to perfect his traverse until the present time.

Date__________

Dwayne Gibson
Reg. No. 04228-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963